Filed

SEP 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. PIE, et al.,<br><br>　　　　　Defendants. | Case No. C 13-5508 PSG (PR)<br><br>**ORDER DENYING MOTION FOR RETURN OF FILING FEE** |

　　　Plaintiff Winston Kemper, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 in this court. Kemper paid $348 of the $400 filing fee. On January 28, 2014, this Court transferred this case to the Eastern District of California where venue was proper. On July 24, 2014, the Eastern District dismissed Kemper's case for failure to pay the filing fee. On August 8, 2014, Kemper filed a motion to reconsider in the Eastern District. On August 14, 2014, Kemper filed a motion with this court requesting return of his filing fee. On August 15, 2014, the Eastern District granted Kemper's motion for reconsideration and vacated the July 24, 2014 order of dismissal and judgment based on Kemper providing a copy of his notice of payment from the Northern District and his trust account statement reflecting payment of the balance due. Given that the Eastern District has credited Kemper with having paid the full filing fee, Kemper's motion for return of the filing fee is DENIED.

Case No. C 13-5508 PSG (PR)
ORDER DENYING MOTION FOR RETURN OF FILING FEE

1  IT IS SO ORDERED.

2  DATED: __9-19/14__

                                                 PAUL S. GREWAL
                                                 United States Magistrate Judge

Case No. C 13-5508 PSG (PR)
ORDER DENYING MOTION FOR RETURN OF FILING FEE